UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMCO INSURANCE COMPANY, INC.,

                Plaintiff,

     v.

COURTIFF, INC., *et al.*,

                Defendants.

No. C09-354RSL

ORDER

       This matter comes before the Court *sua sponte*. On December 16, 2009, plaintiff filed a motion for summary judgment (Dkt. # 24) and declaration in support (Dkt. #25) that, taken as a whole, exceeded 50 pages in length, and did not provide courtesy copies to the Court. The Court ordered plaintiff to show cause why sanctions should not be imposed for plaintiff's failure to comply with its previous orders. The Order to Show Cause (Dkt. #28) is hereby VACATED in light of plaintiff's response and receipt of the courtesy copies.

       DATED this 23rd day of December, 2009.

                                            /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge

ORDER